**EXHIBIT 2**

**HCDistrictclerk.com**     JARA, CRISTAL (INDIVIDUALLY AND ANF OF AI) (MINOR) vs. UNITED AIRLINES INC     5/8/2026

Cause: 202621825     CDI: 7     Court: 334

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 126481563 | United Airlines, Inc.'s Original Answer And Affirmative Defenses | | 05/04/2026 | 4 |
| 126254173 | Affidavit of Service - United Airlines, Inc. | | 04/21/2026 | 3 |
| restricted | Plaintiffs Original Petition | | 04/01/2026 | 8 |